for appellant. William G. Mulligan, of New York City, for respondents.

PER CURIAM. The plaintiff's judgment was for $15,215.98. The title to the property of the two sureties was seriously embarrassed with liens, some of which were under foreclosure. Furthermore, the gross value of the equities of the several sureties in such property was not satisfactorily proved to be adequate to justify their acceptance as sureties. The order appealed from should be reversed, with $10 costs and disbursements of this appeal, and application to approve undertaking denied, with leave to defendants to substitute another undertaking, with other or further sufficient sureties, with leave to respondent to except thereto, such undertaking to be filed and served, within 10 days of the service of the order of this court to be entered hereunder, upon the attorney for the respondents.

NORTHERN BANK OF NEW YORK v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Northern Bank of New York against William G. Mulligan and another. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed. See, also, 142 N. Y. Supp. 1132.

NUSSLE, Respondent, v. BUILDERS' TRUCKING & MATERIAL CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Albert Nussle, as administrator, etc., of Emlie Nussle, deceased, against the Builders' Trucking & Material Company, impleaded with others. No opinion. Judgment affirmed, with costs.

ORDWAY, Respondent, v. KISTLER, Appellant, et al. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Henry J. Ordway against Milton S. Kistler, impleaded with others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to appellant to withdraw demurrer and answer, upon payment of costs in this court and in the court below.

ORDWAY, Respondent, v. ORDWAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Rhoda Ordway against Otto M. Ordway.

PER CURIAM. Judgment and award of costs vacated, and the case remitted to the trial court for the hearing and disposition of the issues other than those framed for submission to the jury, without costs of this appeal to either party. Held, that the direction of the trial court that the defendant's counterclaim be dismissed was equivalent to a direction that the jury find the issues then tried in favor of the plaintiff, and that the further direction that the counterclaim be dismissed, with costs, was premature.

ORSINO, Respondent, v. ORSINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by Nunzio Orsino against Grace Orsino and others. No opinion. Judgment affirmed by default, with costs. See, also, 141 N. Y. Supp. 1135.

ORSINO, Respondent, v. ORSINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Nunzio Orsino against Grace Orsino and others.

PER CURIAM. Motion granted, upon condition that appellants pay $25 costs and the expenses of advertising, and be ready for argument when reached; otherwise motion denied, with costs. See, also, 142 N. Y. Supp. 1133.

OSBORNE, Respondent, v. PRENDERGAST et al., Appellants. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Matter of Thomas W. Osborne against William A. Prendergast and another. T. Farley, of New York City, for appellants. R. E. T. Riggs, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re OSHLAG. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of Isidore Oshlag. No opinion. Referred to official referee. Settle order on notice.

PAINTER, Appellant, v. NASSAU ELECTRIC R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Albert E. Painter against the Nassau Electric Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

PALMER et al., Appellants, v. DRIVER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by Henry Palmer and another against William J. Driver and Eugene B. Stacy, individually and as trustees, etc., and others. No opinion. Judgment and order affirmed, with costs.

In re PALMER'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) In the matter of the estate of Augustus G. Palmer, deceased.

PER CURIAM. The answer of the executor is not sufficient to oust the surrogate of jurisdiction under section 2272 of the Code of Civil Procedure. Matter of application, etc., of Macaulay, 94 N. Y. 574. We are of opinion that justice requires that the claim should be paid forthwith, with interest from its maturity, and the decree of the Surrogate's Court of Westchester county is modified accordingly, and, as so modified, affirmed, without costs.

PARTENFELDER v. PEOPLE et al. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Adam